AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

DISTRICT OF Colorado

UNITED STATES OF AMERICA
V.
Justin Gallmeyer

ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL

CASE NUMBER: 08-mj-01000

CHARGING DISTRICTS CASE NUMBER: CR-07-2016-MWB

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the Northern District of Iowa; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the N/A,
*Place and Address*

for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) on 1/23/08 10:00 am.
*Date and Time*

_____
Signature of Judge

1/7/08
*Date*

Michael E. Hegarty
*Name of Judge*    *Title of Judge*
United States Magistrate Judge